JASON Z. SAY, 9489
1001 Bishop Street, Suite 2210
Honolulu, Hawaii 96813
Tel. No. (808) 679-7360
Fax No. (808) 772-4538
Email: jzs@jasonsaylaw.com

Counsel for Defendant-Appellant

IN THE UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff-Appelle,<br><br>  vs.<br><br><br>COURTNEY GENE JETER,<br><br>          Defendant-Appellant. | No. 26-369<br><br>D.C. Nos.<br>1:21-cr-00126-JMS-1<br>1:25-cv-00208-JMS-RT<br>District of Hawaii,<br>Honolulu<br><br>MOTION TO WITHDRAW AS COUNSEL AND EXTEND APPEAL DEADLINES; DECLARATION OF JASON Z. SAY; EXHIBIT "A"; CERTIFICATE OF SERVICE |

## MOTION TO WITHDRAW AS COUNSEL AND EXTEND APPEAL DEADLINES

COMES NOW J A S O N  Z .  S A Y, counsel for Defendant-

Appellant, COURTNEY GENE JETER ("Defendant"), by and through

counsel and moves this Honorable Court to permit withdrawal as counsel

and to extend appeal deadlines.

The reason for this motion is because: (1) Counsel was Defendant's retained attorney in Defendant's most recent District Court proceeding; (2) Counsel was local counsel for attorney Craig Hughes who appeared pro hac vice for Defendant; (3) Defendant, appearing pro se, filed a Notice of Appeal on January 16, 2026; (4) Defendant has not and will not be retaining Counsel to represent him in this Ninth Circuit Appeal; and (5) Defendant has retained attorney Craig Hughes for this Ninth Circuit Appeal and Mr. Hughes intends to apply for admission pursuant to Fed. R. App. P. 46 and Ninth Circuit Rule 46-1, and register for efiling.

DATED:     Honolulu, Hawaii, January 28, 2026.

BY:     /s/ Jason Z. Say
        COUNSEL FOR
        DEFENDANT-APPELLANT

## <u>DECLARATION OF JASON Z. SAY</u>

1. In compliance with Ninth Circuit Rule 4-1(c), this motion is not accompanied by Defendant's affidavit or signed statement because attorney Craig D. Hughes has been retained in this matter and intends to apply for admission pursuant to Fed. R. App. P. 46 and Ninth Circuit Rule 46-1, and register for efiling.

2. I declare under penalty of law that the foregoing is true and correct to the best of my knowledge.

DATED:    Honolulu, Hawaii, January 28, 2026.

BY:    _/s/ Jason Z. Say_
COUNSEL FOR
DEFENDANT-APPELLANT

# EXHIBIT A

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FILED

JAN 21 2026

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>      Plaintiff - Appellee,<br><br>  v.<br><br>COURTNEY GENE JETER,<br><br>      Defendant - Appellant. | No. 26-369<br><br>D.C. Nos.<br>1:21-cr-00126-JMS-1<br>1:25-cv-00208-JMS-RT<br>District of Hawaii,<br>Honolulu<br><br>ORDER |

Counsel D. Craig Hughes and Jason Say represented appellant in the district court and have not been granted leave to withdraw. Hughes is not admitted to the bar of this court or registered for efiling. If Hughes intends to represent appellant on appeal, he must apply for admission pursuant to Fed. R. App. P. 46 and Ninth Circuit Rule 46-1, and register for efiling. More information can be found on the court's website: https://www.ca9.uscourts.gov/efiling/.

Although appellant filed a pro se notice of appeal, counsel Say, who is registered for efiling and admitted to the bar of this court, continues as appellant's counsel on appeal. *See* 9th Cir. R. 4-1(a). If counsel wishes to withdraw, counsel must file a motion that complies with Ninth Circuit Rule 4-1(c) within 14 days.

The existing briefing schedule for the pending request for a certificate of appealability remains in effect. Counsel must order the transcript of the December

3, 2025, evidentiary hearing. The transcript is due 30 days after the date it is ordered by counsel.

Counsel Say is directed to serve this order on counsel Hughes and on appellant individually and must submit proof of service to this court within 7 days.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT

2                                                                                              26-369

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy hereof was served upon:

**VIA USPS on January 28, 2026**

COURTNEY GENE JETER, #12508-122

FCI VICTORVILLE MEDIUM II

FEDERAL CORRECTIONAL INSTITUTION

PO BOX 3850

ADELANTO, CA 92301

**VIA USPS on January 28, 2026**

CRAIG HUGHES, ESQ.

7324 SW FWY

HOUSTON, TX 77074

/s/ Jason Z. Say
JASON Z. SAY