No. 26-369

IN THE UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

Courtney Gene Jeter,

*Petitioner-Appellant,*

v.

United States of America,

*Respondent-Appellee.*

On Appeal from the United States District Court
for the District of Hawaii
Case Nos. 1:21-cr-00063-DKW-KJM-4 and 1:25-cv-00208-DKW-KJM
The Honorable J. Michael Seabright, U. S. District Judge, Presiding

**MOTION TO WITHDRAW AS COUNSEL; DECLARATION OF D. CRAIG HUGHES AND CERTIFICATE OF SERVICE**

LAW OFFICES OF D. CRAIG HUGHES
D. CRAIG HUGHES
SBOT: 10211025
7324 SOUTHWEST FREEWAY
SUITE 1466
HOUSTON, TX 77074-2174
TEL-(713) 535-0683
EMAIL– dcraighughes@msn.com

Attorney for Petitioner-Appellant
Courtney Gene Jeter

COMES NOW D. Craig Hughes, counsel for Petitioner-Appellant Courtney Gene Jeter ("Mr. Jeter"), and respectfully moves this Honorable Court for leave to withdraw as counsel in the above-captioned matter pursuant to Federal Rule of Appellate Procedure 46 and Ninth Circuit Rule 4-1(c).

This motion is based upon irreconcilable differences that have arisen between counsel and Mr. Jeter concerning the handling of this appeal and the filing of supplemental materials. Mr. Jeter has expressly requested that counsel withdraw so that he may proceed with additional filings on his own behalf and pursue his appellate litigation *pro se.*

Counsel previously filed Appellant's Request for Certificate of Appealability in this matter on April 9, 2026. Thereafter, Mr. Jeter sent correspondence requesting that counsel withdraw from representation because Mr. Jeter wished to submit a supplemental *pro se* filing directly to this Court.

Counsel respectfully submits that withdrawal is appropriate because the attorney-client relationship has deteriorated to the point where continued representation would not serve the interests of either counsel or Mr. Jeter. See 9th Cir. R. 4-1(c).

Counsel further notes that this motion is not being filed for purposes of delay and that Mr. Jeter seeks to proceed *pro se* in connection with his pending appeal and

certificate of appealability proceedings.

WHEREFORE, counsel respectfully requests that this Court:

1. Grant leave for D. Craig Hughes to withdraw as counsel for Petitioner-Appellant Courtney Gene Jeter;

2. Permit Mr. Jeter to proceed *pro se* unless and until substitute counsel appears; and

3. Grant such further relief as this Court deems just and proper.

Respectfully submitted,

/s/ D. Craig Hughes
D. CRAIG HUGHES
LAW OFFICES OF D CRAIG HUGHES
SBOT: 10211025
7324 SOUTHWEST FREEWAY
SUITE 1466
HOUSTON, TX 77074-2174
TEL-(713) 535-0683
EMAIL– dcraighughes@msn.com

Attorney for Movant-Defendant
Courtney Gene Jeter

3

## DECLARATION OF D. CRAIG HUGHES

I, D. Craig Hughes, declare as follows:

1. I am counsel of record for Petitioner-Appellant Courtney Gene Jeter in the above-captioned matter.

2. Pursuant to Ninth Circuit Rule 4-1(c), this motion is based upon irreconcilable differences that have arisen between counsel and Mr. Jeter regarding the handling of this appeal and the filing of supplemental materials.

3. Mr. Jeter has expressly requested that I withdraw as counsel so that he may proceed with filings on his own behalf.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

DATED: May 20, 2026                           /s/ D. Craig Hughes
                                              D. Craig Hughes

## **CERTIFICATE OF SERVICE**

I hereby certify that on May 20, 2026, I served a true and correct copy of the foregoing Motion to Withdraw as Counsel; Declaration of D. Craig Hughes; Exhibit "A"; and Certificate of Service upon the following:

VIA CM/ECF:
Ms. Margaret Nammar
Assistant U.S. Attorney
Office of the United States Attorney
District of Hawaii
Counsel for Plaintiff-Appellee

VIA U.S. MAIL:

COURTNEY GENE JETER,
Reg. No. 12508-122
FCI Lompoc I
FEDERAL CORRECTIONAL INSTITUTION
3600 GUARD ROAD
LOMPOC, CA   93436

/s/ D. Craig Hughes
D. Craig Hughes

5