UNITED STATES COURT OF APPEALS

**FILED**

FOR THE NINTH CIRCUIT

MAY 26 2026

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES OF AMERICA,

   Plaintiff - Appellee,

 v.

COURTNEY GENE JETER,

   Defendant - Appellant.

No. 26-369

D.C. Nos.
1:21-cr-00126-JMS-1
1:25-cv-00208-JMS-RT
District of Hawaii,
Honolulu

ORDER

Before:  Lisa B. Fitzgerald, Appellate Commissioner.

The motion (Docket Entry No. 12) by Dallas Craig Hughes to withdraw as counsel and the motion by appellant Courtney Gene Jeter to proceed pro se (Docket Entry No. 13) are granted. *See* 9th Cir. R. 4-1(c).

Appellant is proceeding without counsel. The clerk will file the pro se, supplemental request for a certificate of appealability, currently attached as an exhibit to Docket Entry No. 13.

The clerk will serve a copy of this order on appellant Courtney Gene Jeter (ID No. 12508-122), at FCI Lompoc Low I, 3600 Guard Road, Lompoc, CA 93436.