UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

JUL 16 2026

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 26-369 |
| Plaintiff - Appellee, | D.C. Nos. 1:21-cr-00126-JMS-1 |
| v. | 1:25-cv-00208-JMS-RT |
| | District of Hawaii, |
| COURTNEY GENE JETER, | Honolulu |
| Defendant - Appellant. | ORDER |

Before:      S.R. THOMAS and LEE, Circuit Judges.

The request for a certificate of appealability (Docket Entry Nos. 11 and 16) is denied because appellant has not made a "substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253(c)(2); *see also Miller-El v. Cockrell*, 537 U.S. 322, 327 (2003).

Any pending motions are denied as moot.

**DENIED.**