UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FILED

AUG 24 2026

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

v.

COURTNEY GENE JETER,

Defendant - Appellant.

No. 26-369

D.C. Nos. 1:21-cr-00126-JMS-1
1:25-cv-00208-JMS-RT
District of Hawaii,
Honolulu

ORDER

Before: CALLAHAN and COLLINS, Circuit Judges.

The motion (Docket Entry No. 18) for reconsideration is denied. *See* 9th Cir. R. 27-10.

This court will not entertain further filings in this closed case.